IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| LAVARN PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:10-00050 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| VENTURE EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), this action is referred to the Honorable John Bryant, Magistrate Judge, to hear and determine any pretrial motion, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56, and 65.

It is so **ORDERED**.

**ENTERED** this the 2nd day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge