IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| LAVARN PRICE, and<br>RANDY GOSSETT,<br><br>    Plaintiffs,<br>v.<br><br>VENTURE EXPRESS, INC.<br><br>    Defendant. | Case No. **Docket No. 10-cv-0050**<br>JURY DEMANDED<br><br>**Judge Haynes/Bryant** |

_____

# ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

_____

ON THIS DATE, the Court considered Plaintiff's Unopposed Motion for Leave to File First Amended Complaint. For good cause shown, that motion is GRANTED.

                         *s/ John S. Bryant*
                         _____
                         JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
                         ~~DISTRICT COURT JUDGE~~

                         DATE OF ENTRY: March 2, 2011