UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LAVARN PRICE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VENTURE EXPRESS, INC., )<br>)<br>Defendant. ) | NO. 1:10-0050<br>Judge Haynes/Bryant<br>Jury Demand |

### **O R D E R**

The parties have filed their Joint Motion To Set Case Management Conference (Docket Entry No. 22). This motion is **GRANTED.**

A telephone case management conference in this case is set for **Thursday, July 21, 2011, at 9:30 a.m.** Counsel for the plaintiff shall initiate this conference call.

It is so **ORDERED.**

                                                          s/ John S. Bryant
                                                          JOHN S. BRYANT
                                                          United States Magistrate Judge