IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| LAVARN PRICE and RANDY GOSSETT, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:10-00050 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| VENTURE EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The final pretrial conference set in this action for Monday April 2, 2012 at 3:00 p.m. and the trial set for Tuesday April 17, 2012 are **CONTINUED**. The dates for the final pretrial conference and trial will be set by separate order. The parties are free to consent to proceed before the Magistrate Judge assigned to this action under Fed. R. Civ. P. 73 should they choose to do so.

It is so **ORDERED**.

**ENTERED** this the 31 day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge